UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TYRONE GRANT
    PLAINTIFF

VS.                            CASE NUMBER: 302CV02212 SRU

CITY OF NEW HAVEN
    DEFENDANT              DECEMBER 23, 2003

### NOTICE OF FILING SUPPLEMENT TO RECORD

Pursuant to Rules 11 and 12 of the Federal Rules of Appellate Procedure and Rule 11 of the Local Rules of the Second Circuit, as amended; the undersigned party hereby files this transcript of the oral argument before, as well as the orders issued by the Honorable Stefan R. Underhill, U.S.D.J. that were entered on August 28, 2003; with this Honorable Magistrate's District Court for the District of Connecticut as a supplement to the record.

```
                    RESPECTFULLY SUBMITTED ON BEHALF OF
                    THE APPELLEE/DEFENDANT,
                    THE CITY OF NEW HAVEN


                BY_____
                    RENE GERARD MARTINEAU
                    DEL SOLE & DEL SOLE, L.L.P.
                    46 SOUTH WHITTLESEY AVENUE
                    WALLINGFORD, CT 06492
                    (203) 284-8000
                    FEDERAL BAR NO. ct07680
```