## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

TYRONE GRANT
     PLAINTIFF

VS.                   CASE. NUMBER: 302CV02212 SRU

CITY OF NEW HAVEN
     DEFENDANT           DECEMBER 23, 2003

### NOTICE OF FILING SUPPLEMENT TO RECORD

Pursuant to Rules 11 and 12 of the Federal Rules of

Appellate Procedure and Rule 11 of the Local Rules of the

Second Circuit, as amended; the undersigned party hereby files

this transcript of the oral argument before, as well as the

orders issued by the Honorable Stefan R. Underhill, U.S.D.J.

that were entered on August 28, 2003; with this Honorable

Magistrate's District Court for the District of Connecticut as

a supplement to the record.