# U.S. District Court
## District of Conn

FILED
2007 AUG 30 P 4:38
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Tyrone Grant

v

City of New Haven

02CV2212(SRU)

Aug. 28, 07

## Motion Filed to Alter or Reopen Case]

Pursuant to F.R.Civ.Proc. Rule 15(A) 59, 60. 28 USCA Now Filed Legal grounds. do Exist for Altering or Vacating Judgment of dismissal And thus would Allow Plaintiff to File Amended Complaint There Is A valid basis] to vacate the Previously Entered Judgment.

✱ Plaintiff Now moves Pursuant to F.R.Civ.Proc 59(E) and 60(b) For An order Vacating the Judgment. Granting him Leave to Amend ✱

✱ This Complaint Pursuant to 11 USC 524(E) Which Provides Jurisdiction ✱ And A cause of Action] Which Permits Plaintiff. Solely to Recover b/Law from debtor Insurer] or Guarantor] City of New Haven] ① City ordin 29-109 Is An Irrevocable Guaranty] of A garage liability policy] of 1 Million dollars] ② This matter Is Related to Bankr Proceeding] 28 USCS [1334(b)] Pursuant to 28 USC ✱ 157 b(5) Plaintiff Relies on U.S.D.C. For Relief As A matter of Fed. Law ✱ 11 USC 524(E) City of N.H. Is liable For debt's (torts) Personal Injury to Plaintiff This Liability Is Personal Within meaning 524(E)(NH) to Sustain Recovery] some

Oral Argument Required

Prose Plaintiff

Tyrone Grant
191 Whalley Ave New H

Plain Statement [Interest of Justice Factors]

Plaintiff, cited this A motion for Reconsideration] 942 F2d 130 2d 491
A Practical Matter Seek to Reopen this Case Rule 60(b) Provides
Relief from Judgment on basis of New discovered] Cause of Action 11 USC 524(E)
My Cause of Action Has been Fraudulently Concealed from me for years
Legal Mal Practice Corruption] discharge is granted by operation
of Federal Bankruptcy Law] Not by Contractual Consent of Creditor
Public Interest In the Proper Administration] of Bankr Laws] by U.S.D.C.
This Court Has Mistakenly Over Looked Justifing Relief from Judgment

* The Court Should Apply the standards typically Applied on motion to set Aside]
or to Amend A Judgment. Rule 59(E) 60(b) R.15(A) Plaintiff Refer to
Cited Case Law] [Foman v. Davis] 371 U.S 178 182 83 S.Ct. 227, 9. L.Ed 2d 222] 1962

* the U.S.D.C. may consider the Nature of Effect of discharge
11 USC 524(E) Amendment In determining whether this Relief
Sought is Appropriate As A matter of Fed Law

* Prayers for this Relief are Upon U.S.D.C. As Per Under Hill
Interest of Justice so Requires this Relief by Law

* Certificate of Service Pro se ] yave P Sent Aug. 28. 07
191 Whalley Ave Suite 181 New Haven Ct 06511
A finalized complaint [29-109] Irrevocable Guaranty] by City of NH

This Further Certifies, U.S.D.C. Has Affirmative Obligation 28 USC
157(b)(5) to hear this Personal Injury] Claim] Interest of Justice
* due Process Rights of 7x Grant (1996) Had been violated Alleged

Public Interest in Proper Administration of Bankr Claus] 11 USC] Interest of Justice]

## Factors Considered in Determining Justice

1. U.S.B.C did Not Have subject matter Juris] to hear Personal Injury Claim 28 USC 157b(2)(o) Lack of subject matter to Adjudicate] may not hear and determine Personal Injury (tort) Claim Breach of Contract] 52-136

\* the U.S.D.C. Had Affirmative duty] Obligation to hear this Case 1996] 330 BR 346]

2. Case Related to Bankr. discharge] 1141(A) 524(e) 11 USCA] Proceeding 28 USCS 1334(b) Relative Ease of Access to Source of Proof.] 11 USC 524(e) Bankr discharge

\* Permit Recovery from debtor Insurer or Guarantor City of New Haven \*

\* Availability of Compulsory Process] U.S. Bankr Code (Act) Sec 16. 34 et seq

Familiarity of (USDC) with Laws] that will govern Case 11 USC 524(e) Federal Law \*

\* Avoidance of Unnecessary ■ Conflict of Law Interest] 402 F supp 2d 786

7 - Grant due Process] Rights Afforded by Federal Law] Bankr Act violated

\* See City of NH. Relying on Benefits Error of Law] Conflict of Law Interest,

Congress Acts Ensured that (No) One Else Reaped a Similar Benefit] unjust enrichment] miscarriage of Justice Has Occurred Judicial Notice] \*

\* Relevant Factor Breach of Contract Founded on (tort) 11 USC 524(e) Liability \*

Is Personal within meaning of Statute 524(e) Only to Extent to Sustain Recovery \* of $450,000.00] the City of NH] Assumed the Risk of Liability] Allowing Fountain garage to default] Failure to maintain garage Liability] policy] 1 million dollar Ins Policy covering] Applicant business For Any Bodily Injury] the discha

\* City ord in 29-109 Irrevocable Guaranty] and cannot be terminated the fact

\* U.S.D.C. must Enforce 11 USC 524(e) And this substantive Right of the Plaintiff to An order of Judgment on this Complaint. As Plead Now file

Allowing the city of New Haven to succeed is a most.

① blatant display] of forum manipulation] As miscarriage of Justice] U.S.D.C. Allowing the judicial omission to stand in contravention of the Law of Case] And the Law of the State of Conn] constituted Irreparable harm to 7× Grant] but to the judicial process] Itself.

② Interest of Administration of Justice] U.S.D.C. should hold A Plenary] evidentiary hearing Surrounding] 1992 Injury] Bankr. Court Proceeding] Breach of contract Founded on (tort) Personal Injury] Forming Creditor Claim for Relief 11 USC 524(e) Dist Court should Endeavor to Ascertain] Why this claim] has not been] Process] In the U.S.D.C] Having Original Jurisdiction] Founded on Claim] And Right Arising From Bankr. Discharge] Laws of United States] Judges cannot override Specific Policy Judgments] made by Congress] In Enacting Statutory Provisions] It is Const. duty] to Enforce the Statute As Written] 36 BR 721] 1984] 11 USC 524(e) Condition Precedent Green V. Webb 956 F2d 30] U.S. Court of Appeals (2d cir 1992)✗ Conn U.S.D.C. Have Failed to Act] Manefest disregard of Acts of Congress Bankr Code is not device to permit further Appeal of Law of Case 1996] At NH.SC 11 USCA 1101 et seq] Chapter 11 Filing may not be employed to obtain upper-hand or Advantage or leverage in litigation] with another party] city of New Haven] Ins. Co]✱ or to provide Alternate Forum] for such litigation] Bankr Court [502 motion] In Error] Thus it is evident debtor seeks to use the court] not to reorganize] but to relitigate this is an impermissible use of chapter 11 of Bankr code] the caption petition should be dismiss 36 BR 851] 330 BR 351] this petition filed for Purpose of Frustrating legitimate process] of Non Bankr Forum constituted A USE of Reorganization] vehicle that is inconsistent with congressional intent. Interest of Justice Factors]

# Certification

This is to certify All parties Notified
Postage Prepaid this date Aug, 28 07
U.S. Dist. Court. 915 Lafayett Blvd. Bridgeport ct
City of New Haven 165 Church st corp counsel 4th fl New Haven ct

*Certificate of Service Prose. Tyrone grant
191 Whalley Ave Suite 181 New Haven ct 06511
Sincerly Tyrone grant      Aug, 28 07