UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TYRONE GRANT,<br>         Plaintiff,<br><br>v.<br><br>CITY OF NEW HAVEN,<br>         Defendant. | CIVIL ACTION NO.<br>3:02cv2212 (SRU) |

## RULING ON MOTION TO ALTER JUDGMENT OR REOPEN CASE

Plaintiff Tyrone Grant has moved pursuant to Rule 59(e) and Rule 60(b)(3) seeking to alter or amend the judgment in this case, arguing that the defendant City of New Haven fraudulently concealed a cause of action from him.  Judgment was entered in favor of the City of New Haven on August 29, 2003.  Under both rules, Grant's motion is untimely and must be dismissed.

Rule 59(e) requires that motions seeking to alter or amend a judgment must be filed "no later than 10 days after entry of the judgment."  Fed. R. Civ. P. 59(e).  Rule 60(b)(3) permits post-judgment relief where the moving party alleges fraud.  Fed. R. Civ. P. 60(b)(3).  Motions brought pursuant to Rule 60(b)(3) must be filed "not more than one year after the entry of the judgment."  Fed. R. Civ. P. 60(c)(1).  "A motion for relief from judgment is generally not favored and is properly granted only upon a showing of exceptional circumstances."  *United States v. Int'l Bhd. of Teamsters*, 247 F.3d 370, 391 (2d Cir. 2001).  Because Grant filed the pending motion more than four years after entry of judgment, his motion must be dismissed as

untimely.

Grant's motion to alter judgment or to reopen the case (**doc. # 27**) is **DENIED**.  The Clerk is directed to enter judgment and close this case.

It is so ordered.

Dated at Bridgeport, Connecticut, this 7th day of December 2007.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge